# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Steven Smith, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 2303 C.D. 2015 |
| | : | |
| Workers' Compensation Appeal | : | |
| Board (Consolidated Freightways | : | |
| Corporation of Delaware), | : | |
| Respondent | : | |

**PER CURIAM**

## O R D E R

NOW, August 10, 2016, upon consideration of petitioner's application for en banc reconsideration and respondent's answer in response thereto, the application is denied.